## Marjorie Broadbent, Appellee, v. William Broadbent, Appellant.

### Gen. No. 45,977.

William Broadbent, *pro se*, appellant; Leon N. Miller, and Thomas A. Mass, Jr., for appellee. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed June 8, 1953; rehearing denied June 25, 1953; released for publication September 16, 1953.